

**NUMBER 13-08-00163-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**IN RE: BINA SHAHANI**

**On Petition for Writ of Mandamus**

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Benavides**
**Memorandum Opinion Per Curiam**

Relator, Bina Shahani, filed a petition for writ of mandamus in the above cause on March 31, 2008, in which she requests this Court to direct respondent, the Honorable Aida Salinas Flores, Presiding Judge of the 398th Judicial District Court of Hidalgo County, Texas, to (1) vacate its order overruling relator's special appearance and (2) dismiss the petition for divorce filed by the real party in interest, Azhar Said. This Court requested and received a response from the real party in interest. Relator has since filed a motion to dismiss the petition for writ of mandamus.

The Court, having examined and fully considered relator's motion to dismiss petition for writ of mandamus, is of the opinion that the motion should be granted. Accordingly, relator's motion to dismiss petition for writ of mandamus is GRANTED, and this original proceeding is DISMISSED without reference to the merits.

PER CURIAM

Memorandum Opinion delivered and
filed this 18th day of March, 2009.